

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-15-00132-CV

Armando **HERNANDEZ**, Nancy Hernandez,
Appellants

v.

Mario **SALDIVAR**, et al,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17077
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant's brief was due to be filed in this accelerated appeal on or before May 20, 2015; however, it has not yet been filed.

Because no brief has been filed, it is ORDERED appellant show cause in writing within ten days from the date of this order why this appeal should not be dismissed for want of prosecution. Tex. R. App. P. 38.8(a). Response should include a reasonable explanation for failure to timely file the brief and should demonstrate affirmative steps taken to remedy the deficiency. Any motion for extension of time must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. If appellant no longer wishes to pursue this appeal, your response should include a motion to dismiss.

If this Court does not receive the appellant's brief or an adequate response from within ten days, the appeal will be dismissed for want of prosecution. Tex. R. App. P. 38.8(a)(1).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2015.

_____
Keith E. Hottle
Clerk of Court